Case Number: _____ AT 3330-0083 _____

Location of Search:
2027 Wildcat Creek Road, Rock Hill, SC
York County  Parcel 599-000-004-1

# Search Warrant Inventory

| Item # | Description |
|---|---|
| | No items taken |

On September 25, 2022 at 1555 hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

X    A copy of this inventory was provided to the following person:

Name: Alethea Watson                           Signature: _____
Address: 2027 Wildcat Creek Road, Rock Hill, S.C.

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _____        Witness: _____

Printed Name: _____             Printed Name: _____

*[signature]*    Date: 2022.10.25 09:09:59 -04'00'